## KEARNEY *against* M'CULLOUGH.

*Philadelphia,
Saturday,
January 9.*

FOREIGN attachment to *July* term 1811. On the first day of *December* term following, *Hallowell* for the defendant obtained a rule upon the plaintiff to shew his cause of action, and why the attachment should not be dissolved.

Motion for rule to shew cause why foreign attachment should not be dissolved, is in time at *December* term,

*Meredith* for the plaintiff, being now called upon to shew cause, contended that the motion was too late by the practice of the court. It should have been made at the term to which the writ was returnable. *Serg. on Att.* 138.

if the attachment was returnable at *July*; that term consisting of but one day.

1813.

KEARNEY
*v.*
M'CULLOUGH

PER CURIAM. The court in *July*, being held for one day only, for the purpose of receiving returns, has not generally been considered as a meeting of business. It is true the motion might then have been made. But we think the defendant cannot be said to have been in default, in not making the motion sooner than the *December* term following.

No cause being shewn,

Attachment dissolved.